### Ex Parte Lelia Stedham.

#### No. 5314. Decided February 5, 1919.

**Anti-vice Law—Custody—Practice on Appeal.**

Where the appellant, pending an appeal on writ of habeas corpus proceeding, was discharged from custody, the appeal must be dismissed.

Appeal from the Criminal District Court of Dallas No. 2. Tried below before the Hon. Charles A. Pippen.

Appeal from a habeas corpus proceeding denying bail.

The opinion states the case.

No brief on file for appellant.

*E. A. Berry,* Assistant Attorney General, for the State.

DAVIDSON, Presiding Judge.—Relator was arrested under a charge of violating the anti-vice law, and applied for a writ of habeas corpus to the district judge, who, upon the hearing, remanded her. Notice of appeal was given to this court. Thereafter she was discharged from custody, and is now at large. Under this showing we believe the motion

of the Assistant Attorney General to dismiss the appeal should be sustained. It is unnecessary to discuss this question. We think under the facts stated in the affidavit supporting the Assistant Attorney General's motion it should be sustained.

The appeal is, therefore, dismissed.

*Dismissed.*